IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GREGORY ANTONIO THOMAS,** | : | |
| Petitioner | : | |
| v. | : | 5:03-CR-33 (WDO) |
| | : | 5:07-CV-122 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss this habeas petition as time barred, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Petitioner's motion to vacate or correct his sentence is dismissed as time barred.

**SO ORDERED this 15th day of May, 2007.**


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**